```
BETH A. HUBER  (SBN 184702)
THE HUBER LAW FIRM
1104 Lincoln Ave.
San Rafael, California 94901
Telephone: (415) 456-4411
Facsimile:   (415) 453-8269

KENNETH MORRIS (SBN 179021)
JESTER & GIBSON, LLP
1875 Lawrence St., Ste. 740
Denver, Colorado 80202
Telephone:  (303) 377-7888
Facsimile:  (303) 377-7075

Attorneys for Plaintiff
DIANE PLEUSS

JOHN M. POLSON (SBN 157820)
JEFFREY R. THURRELL (SBN 202765)
FISHER & PHILLIPS LLP
18400 Von Karman Avenue, Suite 400
Irvine, California 92612
Telephone: (949) 851-2424
Facsimile:   (949) 851-0152

Attorneys for Defendant
NAVIS LOGISTICS NETWORK, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE PLEUSS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NAVIS LOGISTICS NETWORK, INC.,<br><br>　　　　Defendant. | NO. C06-2850 MJJ<br><br>**DISMISSAL AND ORDER OF PLAINTIFF DIANE PLEUSS'S COMPLAINT AGAINST DEFENDANT NAVIS LOGISTICS NETWORK, INC. WITH PREJUDICE**<br><br>GRANTED |

1

**STIPULATED DISMISSAL OF PLAINTIFF DIANE PLEUSS'S COMPLAINT AGAINST DEFENDANT NAVIS LOGISTICS NETWORK, INC. WITH PREJUDICE**

|  |  |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between Defendant Navis Logistics Network, Inc and Plaintiff Diane Pleuss, through their designated counsel, that all of Plaintiff Diane Pleuss's claims contained in the above-captioned action, be and hereby are dismissed, in their entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear its own attorneys' fees and costs. |

DATED: 11-1-06

DIANE PLEUSS, PLAINTIFF

HUBER LAW FIRM

DATED: 11-14-06

BETH A. HUBER
Attorney for Plaintiff
DIANE PLEUSS

DATED: 12-11-06

BEN BLAKELEY, PRESIDENT
NAVIS LOGISTICS NETWORK, INC.

FISHER & PHILLIPS LLP

DATED: 12/21/06

JEFFREY R. THURRELL
Attorney for Defendant
NAVIS LOGISTICS NETWORK, INC.

IT IS SO ORDERED:

DATED: 12/21/2006

MARTIN J. JENKINS
United States District Judge

STIPULATED DISMISSAL OF PLAINTIFF DIANE PLEUSS'S COMPLAINT AGAINST DEFENDANT NAVIS LOGISTICS NETWORK, INC. WITH PREJUDICE